

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,392

### EX PARTE GEORGE DERRICK HARRISON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 23705 IN THE 278th DISTRICT COURT
### FROM WALKER COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to thirty years' imprisonment. The Tenth Court of Appeals affirmed his conviction. *Harrison v. State*, No. 10-07-00253-CR (Tex. App.–Waco, delivered June 3, 2009, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed. We remanded this

application to the trial court for findings of fact and conclusions of law.

The trial court held a live evidentiary hearing where counsel was given the opportunity to respond to Applicant's claim. Based on testimony provided at the hearing, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Tenth Court of Appeals in Cause No. 10-07-00253-CR that affirmed his conviction in Case No. 23705 from the 278th Judicial District Court of Walker County. Applicant shall file his petition for discretionary review with the Tenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: August 25, 2010
Do not publish